UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj1282 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

SALVADOR Avila Gutierrez

DATED: 5/6/08

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk