UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff      )    CRIMINAL NO. _O8MJ1282_
                             )
                             )    ORDER
        vs.                  )
                             )    RELEASING MATERIAL WITNESS
Elsa Valenzuela-Arellano,    )
                   et al.    )
                             )    Booking No.
          Defendant(s)       )
_____)

On order of the United States District/Magistrate Judge,    **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: ((Bond Posted /) Case Disposed / Order of Court).

Catalina Mendoza-Quinones

DATED: _5-7-08_

**NITA L. STORMES**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
              **DUSM**

                                       W. SAMUEL HAMRICK, JR.    Clerk

                                       by
                                          Deputy Clerk